AND NOW, this 19th day of February, 2003, the above captioned appeal is quashed for failure to file post verdict motions.

### HOUSING AUTHORITY OF THE CITY OF PITTSBURGH, Petitioner,

v.

### MARCELLA FIELDS, Respondent.

Supreme Court of Pennsylvania.

Feb. 19, 2003.

### ORDER

PER CURIAM.

AND NOW, this 19th day of February, 2003, the Motion to Dismiss Petition for Allowance of Appeal as Moot is hereby denied. The Petition for Allowance of Appeal is granted and the Order of the Commonwealth Court is reversed based upon the decision of the United States Supreme Court in *Department of Housing and Urban Development v. Rucker*, 535 U.S. 125, 122 S.Ct. 1230, 152 L.Ed.2d 258 (U.S. March 26, 2002). *See also Powell v. Housing Authority of the City of Pittsburgh*, 812 A.2d 1201 (Pa.2002).

Mr. Justice Lamb did participate in the consideration or decision of this matter.

### Wendy GLOFFKE, Petitioner

v.

### Melvin ROBINSON and Lehigh and Northampton Transportation Authority, a/k/a/ Lanta, n/k/a Lanta–Metro, Respondents.

Supreme Court of Pennsylvania.

Feb. 20, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of February 2003, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the question of whether the sovereign immunity provision (42 Pa.C.S. § 8528), and the local governmental immunity provision (42 Pa. C.S. § 8553), violate the due process and equal protection clauses of the Pennsylvania and U.S. Constitutions.

Justice LAMB did not participate in the consideration or decision of this matter.